**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ashlee R McCafferty** | Social Security number or ITIN  **xxx−xx−7531** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Utah** | | |
| Case number:  **20−27369  KRA** | Chapter 7 | Petition date: 12/22/20 |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ashlee R McCafferty

4/7/21                                                             **By the court:**  <u>Kevin R. Anderson</u>
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Utah

In re: Case No. 20-27369-KRA
Ashlee R McCafferty Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: Apr 07, 2021     Form ID: 318     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashlee R McCafferty, 1065 40th Street, Ogden, UT 84403-2469 |
| 11813000 | + | Dana and John Wright, 1065 40th Street, Ogden, UT 84403-2469 |
| 11770677 | | Express Recovery Service, c/o Edwin B. Perry, PO Box 25727, Salt Lake City, UT 84125-0727 |
| 11770679 | + | FEDLOAN SERVICING, POB 60610, Harrisburg, PA 17106-0610 |
| 11770681 | + | Intermountain Healthcare, Attn. Bankrupcty, PO Box 27808, Salt Lake City, UT 84127-0808 |
| 11770688 | + | NAVY FEDERAL CR UN MTG., P.O. BOX 3305, Merrifield, VA 22116-3305 |
| 11770689 | | NISSAN MOTOR ACCEPTANCE, PO BOX 660366, Dallas, TX 75266-0366 |
| 11770692 | + | THE BANK OF MISSOURI - T, PO BOX 85710, Sioux Falls, SD 57118-5710 |
| 11770693 | + | THE CBE GROUP INC-FORMER, 131 TOWER PARK DRIVE, PO BOX 900, Waterloo, IA 50704-0900 |
| 11770696 | + | TITANIUM FUNDS LLC, PO Box 509124, San Diego, CA 92150-9124 |
| 11770697 | + | TITANIUM FUNDS LLC, c/o J. Benson Miller, PLLC, 234 E 2300 S, Kaysville, UT 84037-9665 |
| 11770698 | | Total Visa, P.O. Box 85710, Sioux Falls, SD 57118-5710 |
| 11770699 | | Total Visa, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 11813002 | + | Utah Eviction Law, 766 S 400 E, Ste 205, Orem, UT 84097-6346 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11770668 | + | EDI: AARGON.COM | Apr 08 2021 02:48:00 | AARGON AGENCY INC, 3025 W SAHARA, Las Vegas, NV 89102-6094 |
| 11781006 | | EDI: ATLASACQU | Apr 08 2021 02:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 11770669 | | Email/Text: bpcsbk@gmail.com | Apr 08 2021 00:24:00 | Business & Professional Coll Svc, PO Box 872, Attn: Bankruptcy, Reno, NV 89504-0872 |
| 11770671 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 08 2021 00:22:00 | CashNet USA, PO Box 643990, Cincinnati, OH 45264-0309 |
| 11770672 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 08 2021 00:22:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 11770670 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 08 2021 00:22:00 | Cashnet USA, 175 West Jackson Blvd, Ste. 100, Chicago, IL 60604-2615 |
| 11770673 | + | Email/Text: bankruptcy@checkcity.com | Apr 08 2021 00:24:00 | Check City, PO Box 970183, Orem, UT 84097-0183 |
| 11770674 | + | Email/Text: bankruptcy@expressrecovery.com | Apr 08 2021 00:23:00 | EXPRESS RECOVERY, PO BOX 26415, Salt Lake City, UT 84126-0415 |
| 11770675 | + | Email/Text: bankruptcy@expressrecovery.com | Apr 08 2021 00:23:00 | EXPRESS RECOVERY INC, 2790 DECKER LAKE DR, Salt Lake City, UT 84119-2057 |
| 11770678 | + | EDI: PHINGENESIS | Apr 08 2021 02:48:00 | FEB DESTINY, PO BOX 4499, Beaverton, OR 97076-4499 |
| 11770680 | + | EDI: IIC9.COM | Apr 08 2021 02:48:00 | I C SYSTEM, PO BOX 64378, Saint Paul, MN 55164-0378 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 11770683 | | EDI: IRS.COM | Apr 08 2021 02:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11770684 | | Email/Text: modelfinance@aol.com | Apr 08 2021 00:22:00 | MODEL FINANCE COMPANY, 765 THE CITY DR S STE 16, Orange, CA 92868 |
| 11770685 | + | Email/Text: m4u@mny4you.com | Apr 08 2021 00:24:00 | Money 4 You, 1858 W 5150 S Suite #503, Roy, UT 84067-3063 |
| 11770686 | | EDI: NFCU.COM | Apr 08 2021 02:48:00 | NAVY FEDERAL CR UN, POB 3700, Merrifield, VA 22119-3700 |
| 11770687 | + | EDI: NFCU.COM | Apr 08 2021 02:48:00 | NAVY FEDERAL CR UN, 820 FOLLIN LANE SE, Vienna, VA 22180-4907 |
| 11770690 | + | Email/Text: premierrecovery@hotmail.com | Apr 08 2021 00:22:00 | Premier Recovery Services, 9160 S 300 W STE 21, Sandy, UT 84070-2657 |
| 11770694 | + | Email/Text: bknotices@lac77.com | Apr 08 2021 00:22:00 | TITANIUM FUNDS, 1265 S STATE ST, Clearfield, UT 84015-1602 |
| 11770695 | | Email/Text: bknotices@lac77.com | Apr 08 2021 00:22:00 | Titanium Funds LLC, 3081 S State St., Salt Lake City, UT 84115-3832 |
| 11770700 | + | Email/Text: EBankruptcy@UCFS.NET | Apr 08 2021 00:24:00 | UNITED CONSUMER FIN SVC, 865 BASSETT, Westlake, OH 44145-1194 |
| 11770701 | + | EDI: USAA.COM | Apr 08 2021 02:48:00 | USAA FEDERAL SAVINGS, PO BOX 33009, San Antonio, TX 78265-3009 |
| 11770702 | + | EDI: UTAHTAXCOMM.COM | Apr 08 2021 02:48:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 11770703 | | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Apr 08 2021 00:22:00 | Yamaha Motor Finance, 6555 Katella Ave, Cypress, CA 90630 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11770691 | | TBOM/TOTAL CRD, 5109 S BROADBAND LN, RETURNED MAIL--99999 |
| 11813001 | *+ | Dana and John Wright, 1065 40th Street, Ogden, UT 84403-2469 |
| 11770676 | *+ | EXPRESS RECOVERY INC, PO BOX 26415, Salt Lake City, UT 84126-0415 |
| 11770682 | *+ | Intermountain Healthcare, Attn. Bankrupcty, PO Box 27808, Salt Lake City, UT 84127-0808 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2021    Signature:    /s/Joseph Speetjens

| District/off: 1088-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: 318 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Miller tr | davidlmillerpc@msn.com  ut09@ecfcbis.com;dlm@trustesolutions.net |
| Theodore Floyd Stokes | on behalf of Debtor Ashlee R McCafferty ted@stokeslawpllc.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3